IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

        v.                                                  21-CR-15-JLS

NICHOLAS TURNQUIST,
                Defendant.

---

## GOVERNMENT'S EXHIBIT LIST

**THE UNITED STATES OF AMERICA**, by and through its attorney, Trini E. Ross., United States Attorney for the Western District of New York, and the undersigned, of counsel, hereby submit the attached Government's Exhibit List in the above-entitled case.

    DATED:     Buffalo, New York, June 8, 2022

                                    TRINI E. ROSS
                                    United States Attorney

| BY: | s/MAEVE E. HUGGINS | BY: | s/PAUL E. BONANNO |
|---|---|---|---|
| | MAEVE E. HUGGINS | | PAUL E. BONANNO |
| | Assistant United States Attorney | | Assistant United States Attorney |
| | United States Attorney's Office | | United States Attorney's Office |
| | Western District of New York | | Western District of New York |
| | 138 Delaware Avenue | | 138 Delaware Avenue |
| | Buffalo, New York 14202 | | Buffalo, New York 14202 |
| | (716) 843-5872 | | (716) 843-5873 |
| | Maeve.Huggins@usdoj.gov | | Paul.Bonanno@usdoj.gov |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

GOVERNMENT'S EXHIBIT LIST

Case No.: 21-CR-15-JLS          X   Government
Date:    July 6, 2022           ___ Defendant

| Ex. No. | DESCRIPTION | DATE Marked for Identification | In Evidence |
|---|---|---|---|
| | | | |
| | **APRIL 2014** | | |
| 1 | M&T Bank Statement April 15- May 14, 2014 (Bates 15854-15855) | | |
| 2-6 | **Reserved** | | |
| | **SEPTEMBER 2014** | | |
| 7 | Great Wolf Lodge Reservation Receipt 9.5.14 to 9.6.14 (Bates #17799) | | |
| 8 | M&T Bank Statement August 15-September 12, 2014(Bates #15843-15845) | | |
| 9 | One hundred and ninety-seven (197) photos taken at Great Wolf Lodge 9.5.14 | | |
| 10-15 | **Reserved** | | |
| | **DECEMBER 2014** | | |
| 16 | Splash Lagoon receipt from 12.23.14 to 12.24.14 trip (Bates #1343-1345) | | |
| 17 | Holiday Inn Express & Suites Receipt 12.23.14-12.24.14 (Bates #1329) | | |
| 18 | Twenty-six (26) Photos taken at Splash Lagoon 12.23.14 | | |
| 19-24 | **Reserved** | | |
| | **JULY 2015** | | |
| 25 | Kalahari Resort receipt from 7.16.15 to 7.18.15 | | |

| | | | |
|---|---|---|---|
| | trip (Bates #1331) | | |
| 26 | M&T Bank Statement July15-August 14, 2015 (Bates #15804-15807) | | |
| 27 | Twenty-one (21) photos taken at Kalahari Resort 7.6.15 | | |
| 28-33 | **Reserved** | | |
| **SEPTEMBER 2015** | | | |
| 34 | Records of Walt Disney World Resorts 9.20.15-9.26.15 (Bates #16271-16369) | | |
| 35 | Enterprise Rent-a-Car Rental Details 9.19.15 (Bates #17826-17827) | | |
| 36 | M&T Bank Statement September15- October 14, 2015(Bates #15796-15799) | | |
| 37-42 | **Reserved** | | |
| **FINANCIAL RECORDS** | | | |
| 43 | Capital One Statements of Nicholas Turnquist 5.23.11 to 7.27.18 (Bates #57-314) | | |
| 44 | Capital One Statements of Nicholas Turnquist 1.8.19 to 5.8.20(Bates #1-56) | | |
| 45 | M&T Bank Records - 001050542100151 – CR (Bates #15205-15590) | | |
| 46 | M&T Bank Records - 001050542100151 – DB (Bates #15591-15615) | | |
| 47 | M&T Bank Records - 001050542100151 – STMT (Bates #15616-15885) | | |
| 48 | M&T Bank Records – 001050542100154 – CR (Bates #15886-16065) | | |
| 49 | M&T Bank Records - 001050542100154 - DB (Bates #16066-16073) | | |
| 50 | M&T Bank Records - 001050542100154 - STMT (Bates #16074-16175) | | |
| 51 | M&T Bank Records 001050542100150_sig card 1_Redacted (Bates #16176-16177) | | |
| 52 | M&T Bank Records 001050542100150_sig card 2_Redacted (Bates #16178-16179) | | |
| 53 | M&T Bank Records 001050542100152_sig card _Redacted (Bates #16180-16181) | | |
| 54 | M&T Bank Debit Card (Bates #16182) | | |

| | | | |
|---|---|---|---|
| 55-60 | **Reserved** | | |
| **U.S. CUSTOMS AND BORDER PROTECTION RECORDS** | | | |
| 61 | U.S. Custom & Border Protection Person Encounter List re: Nicholas Turnquist (Bates #16922) | | |
| 62 | Vehicle Crossing Details re: Nicholas Turnquist (Bates #16923-16925) | | |
| 63-68 | **Reserved** | | |
| **MARCH - APRIL 2020** | | | |
| 69 | Search Warrant and Application re: Residence of Nicholas Turnquist (1814 Reading Road) | | |
| 70 | Permission to Search Residence signed by Nicholas Turnquist 4.1.20 | | |
| 71-76 | **Reserved** | | |
| **DEFENDANT'S STATEMENTS** | | | |
| 72 | Attempted Controlled Call with Victim 3.17.20 (2020-03-17_19-44-32.AVI) | | |
| 73 | Controlled Call with Victim 3.17.20 (2020-03-17_19-50-24.AVI) | | |
| 73A | Transcript of Controlled Call with Victim 3.17.20 | | |
| 74 | Body Camera Footage from Execution of Search Warrant 4.1.20 | | |
| 75 | Voluntary Statement of Nicholas Turnquist 4.1.20 | | |
| 76 | Interview of Nicholas Turnquist 4.1.20 (Parts 1-3) | | |
| 77 | Interview of Nicholas Turnquist EAPD Interview Room 4.1.20 | | |
| 78 | Jail call between Nicholas Turnquist and Carly Turnquist re: Age of Consent in Various States | | |
| 79-84 | **Reserved** | | |
| **CARLY TURNQUIST** | | | |
| 85 | Wyoming County Certificate of Conviction of Carly Turnquist re: Witness Tampering | | |
| 86 | Wyoming County Final Order of Protection | | |

|    |                                                                      |   |   |
|----|----------------------------------------------------------------------|---|---|
|    | granted against Carly Turqnuist and in favor of Victim               |   |   |
| 87 | Letter of Carly Turnquist to Victim                                  |   |   |
| **MISCELLANEOUS**                                                                        ||||
| 88 | Card from Nicholas Turnquist to Victim                               |   |   |
| **DARREL B. TURNER, PhD**                                                                ||||
| 89 | Curriculum Vitae of Darrel Turner                                    |   |   |
|    |                                                                      |   |   |
|    |                                                                      |   |   |
|    |                                                                      |   |   |
|    |                                                                      |   |   |
|    |                                                                      |   |   |
|    |                                                                      |   |   |
|    |                                                                      |   |   |
|    |                                                                      |   |   |
|    |                                                                      |   |   |

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2022, I filed, under seal, the foregoing **GOVERNMENT'S EXHIBIT LIST** with the Clerk of the District Court, and I served the foregoing, via electronic mail, to the following participants:

_____