IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

                v.

NICHOLAS TURNQUIST,

                Defendant.

JURY VERDICT
21-CR-15-JLS

_____

### **VERDICT OF THE JURY**

Having been instructed on the law applicable to this case, you are now required to make a unanimous finding of guilty or not guilty for each count of the Superseding Indictment. Your answer to each question on this form must be unanimous and must be based on findings made beyond a reasonable doubt. A copy of the Superseding Indictment has been provided to you and marked as Court Exhibit No. _____.

## COUNT 1

On or about April 26, 2014, in the Western District of New York, and elsewhere, the defendant, NICHOLAS TURNQUIST, did knowingly transport, and attempt to transport, Victim 1, an individual known to the Grand Jury, who had not attained the age of 18 years, in interstate commerce, that is, from the state of New York to the state of Maryland, with the intent that such individual engage in sexual activity for which any person could be charged with a criminal offense.

How do you find as to the defendant, NICHOLAS TURNQUIST, on Count 1 of the Superseding Indictment?

        Guilty_____    Not Guilty_____

**Proceed to Count 2.**

## COUNT 2

On or about September 5, 2014, in the Western District of New York, and elsewhere, the defendant, NICHOLAS TURNQUIST, did knowingly transport, and attempt to transport, Victim 1, an individual known to the Grand Jury, who had not attained the age of 18 years, in foreign commerce, that is, from the state of New York to Niagara Falls, Canada, with the intent that such individual engage in sexual activity for which any person could be charged with a criminal offense.

How do you find as to the defendant, NICHOLAS TURNQUIST, on Count 2 of the Superseding Indictment?

                Guilty_____    Not Guilty_____

**Proceed to Count 3.**

## COUNT 3

On or about December 23, 2014, in the Western District of New York, and elsewhere, the defendant, NICHOLAS TURNQUIST, did knowingly transport, and attempt to transport, Victim 1, an individual known to the Grand Jury, who had not attained the age of 18 years, in interstate commerce, that is, from the state of New York to the state of Pennsylvania, with the intent that such individual engage in sexual activity for which any person could be charged with a criminal offense.

How do you find as to the defendant, NICHOLAS TURNQUIST, on Count 3 of the Superseding Indictment?

        Guilty_____    Not Guilty_____

**Proceed to Count 4.**

## COUNT 4

On or about July 16, 2015, in the Western District of New York, and elsewhere, the defendant, NICHOLAS TURNQUIST, did knowingly transport, and attempt to transport, Victim 1, an individual known to the Grand Jury, who had not attained the age of 18 years, in interstate commerce, that is, from the state of New York to the state of Pennsylvania, with the intent that such individual engage in sexual activity for which any person could be charged with a criminal offense.

How do you find as to the defendant, NICHOLAS TURNQUIST, on Count 4 of the Superseding Indictment?

Guilty_____    Not Guilty_____

**Proceed to Count 5.**

## COUNT 5

On or about September 19, 2015, in the Western District of New York, and elsewhere, the defendant, NICHOLAS TURNQUIST, did knowingly transport, and attempt to transport, Victim 1, an individual known to the Grand Jury, who had not attained the age of 18 years, in interstate commerce, that is, from the state of New York to the state of Florida, with the intent that such individual engage in sexual activity for which any person could be charged with a criminal offense.

How do you find as to the defendant, NICHOLAS TURNQUIST, on Count 5 of the Indictment?

Guilty_____    Not Guilty_____

**Proceed to Final Instructions.**

## **FINAL INSTRUCTIONS**

Now that you have completed the verdict sheet, place it in the envelope provided and seal the envelope. Inform the Court by a written note that you have reached a verdict. Do not disclose the verdict to the Court or anyone else until you are asked to do so by the Judge in open Court.

**I CERTIFY THIS VERDICT TO BE TRUE AND ACCURATE**

_____
Signature of Jury Foreperson

DATED: