October 5, 2022

Hon. Johnathan L. Sinatra, Jr.
United States District Court for the
   Western District of New York
2 Niagara Square
Buffalo, New York 14202

Dear Judge Sinatra,

      Re:  <u>Character Statement – Nicholas Turnquist</u>

      My name is Carly Turnquist and I am Nicholas Turnquist's wife.  I urge you to approve the plea agreement in this case.

      I met Nick in 2016 following his separation and divorce from his ex-wife.  I also met Miranda and his children during this time.  The love that he showed towards his daughters Rylie and Madison was something that attracted me to Nick.  Nick and I broke up for a brief time in 2016, but we got back together eventually.  I moved in with him in 2017 and we were married in 2019.  During this period, Nick was the primary parent of Rylie and Madison.  He also let Miranda stay out our house when she refused to live with her biological mother.  He cared for all of us, including my own children who never had a real father until Nick assumed that responsibility.

      My husband is a caring person.  He is the type of person who would give you the shirt off his own back.  He takes the time to talk with everyone, most importantly his family.  Nick is an involved father.  He would play dress-up with his girls to entertain them even if that is not the type of thing guys are supposed to do.  He treated my own children as if they were his own.  He is a loving husband who takes care of me.  He also works hard to provide for us.  He created his own business and worked nights and weekends to put food on the table and a roof over our heads.  He is innovating and driven to succeed.  His employment allowed me to be a stay-at-home mom and focus on raising the children.

      The allegations in this case are shocking to me because they are so unlike the man that I love.  I never witnessed Nick be abusive with Miranda.  I know their relationship was not traditional when Miranda was older.  That said, the conviction in this case is just a surprise to me.  Nevertheless, I am here to support Nick now and for the rest of his life.

      When Nick is in prison, I plan to visit him with the kids as much as I can.  My mom and my sister also have spoken about visiting Nick.  I even have thought about moving to where he is housed, especially if Nick is housed at FCI Elkton.  This will be important for us to maintain a connection.  It will give all of us motivation to success in the present and in the future.  Nick also has spoken to me about his plans while he is in prison.  Nick told me that he plans to take classes to increase his skill and cope with his behavior and mental health.  This will help his rehabilitation.

**Exhibit A**

   When he is released, Nick and I have talked about moving to a different state.  We want a fresh start and to get away from negativity.  We would like to live in a rural area so Nick does not have to deal with people harassing him because of this case.  He wants to work, just like before, to support us.  I know that he can succeed.  All of us will be behind him.

   Nick's imprisonment as a result of this case scares me.  He will be going to jail as a sex offender.  I am very worried about his safety.  His absence will be difficult for me and for my kids because he was the person who supported us.  His absence also will be difficult for other family members.  And it will be most difficult for Nick who loves us and misses us every day.  So, while I understand that you must punish Nick for what he pleaded guilty to in this case, I urge you to not adjudge a sentence in excess of that recommended in the plea agreement.  The prosecutors and Nick agreed to 13 years because they believed it is a fair way to resolve this case.  That is a very long time to spend in jail.  It is a very hurtful sentence.  As a result, I do not believe that a longer sentence is necessary to punish Nick for this.

   In closing Judge Sinatra, please consider that Nick is a person who is capable of being a good husband and father.  He also is willing to work (which many people are unwilling to do nowadays).  With our love and support, he can overcome this conviction and return to being a productive member of society again.  Please accept the plea agreement.

   Very truly yours,

*Carly Turnquist*