Dear Judge Sinatra,

    My name is Elizabeth Etcheverry. I was subpoenaed to appear as a witness in United States Vs. Nicholas Turnquist. I hope that you will read this letter in its entirety and consider it when sentencing Mr. Turnquist. I met the victim whose maiden name is ⬚⬚⬚⬚ in 2010. The summer after, is one I will personally NEVER forget, I was informed that my best friend had been hit by a car in her front yard. I called the victim's mother every day after the accident to see if her condition had improved. Months after the accident I spent a lot of time talking and spending time with the victim who had survived this incredibly traumatic event. When I had gone to the victim's house after the accident the relationship between ⬚⬚⬚⬚ and Nicholas changed. He became extremely aggressive and abusive towards her, and I witnessed some of the abuse in person with my own eyes. I went to the victims' house and watched her walking with a walker for support and held her books in the hallway while she was on crutches for months. Please take a second to imagine if the victim was your loved one a child somewhere in your life that couldn't walk on their own much less take care of themselves. The victim was trying to recover physically and emotionally to the trauma she experienced from the accident. Mr. Turnquist took advantage of her when she was at her weakest. It is disgusting that an adult put in a position of raising and influencing a minor would sexually abuse them. I reported that he had raped her in 2012 to my school guidance counselor, school administrators and it was investigated during that process I was accused of bullying the victim. This is the first time ⬚⬚⬚⬚ was **failed** by the justice system. Mr. Turnquist knew what he had done and lied to police and investigators. I ask you today to look at this man standing in front of you in court and see this man for who he really is. This man caused the victim to be called a liar, and to be treated with the mentality of the boy who cried wolf by the adults that are supposed to protect her. He pled guilty, but please don't be fooled and think he feels even a little bit remorseful for his actions. While it may seem admirable for him to admit his wrongdoing NOW however, Mr. Turnquist makes all his decisions with his own best interest in mind. I believe with every fiber of my being this man pled guilty as an attempt to get less prison time than he actually deserves. He had the chance to be honest with law enforcement and get help for himself and the victim the FIRST time he abused the victim. Instead, he moved the whole family to a new location in hopes of **avoiding punishment** for his own actions. He had the opportunity to get the victim support, instead he controlled her image and reputation and made a **CHILD** out to be a liar thus ensuring no problematic accusations would be made again. I

truly believe he does not care about the trauma he inflicted on the victim. After reading the agreement provided to me from the prosecution, I read that his minimum sentence could be a hefty fine and 10 years in prison. I can only hope that your honor will keep in mind that Mr. Turnquist has been living on borrowed time at the expense of the victim for the same amount of time his minimum sentence could be of 10 years. I don't think any amount of time in prison for Mr. Turnquist will ever change him and prevent him from hurting more children. **Your Honor Nicholas Turnquist is a danger to society and the nation I swore an oath to protect. This man has done enough damage to the victim, the community, and the reputation of our justice system.** I will never get the scared and fearful look from her face out of my mind when I think about this case. I will never get back the time that I was called a liar for believing her. **I believe this man is deserving of spending the rest of his life in prison.**

Respectfully,
Petty Officer 3rd Class
Elizabeth Etcheverry